FILED
CLERK, U.S. DISTRICT COURT

JUL − 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAURA ELENA ROSALES-SANCHEZ<br><br>　　　　Defendant. | MJ 13-1840<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　(X)　the appearance of defendant as required; and/or

　　(B)　(X)　the safety of any person or the community.

//
//

1           The court concludes:

2  A.    (X)   Defendant poses a risk to the safety of other persons or the community
3             because defendant has not demonstrated by clear and convincing
4             evidence that:
5             ~~she has documented legal status~~
6             she will not commit further offenses
7             _____
8             _____
9

10 (B)   (X)   Defendant is a flight risk because defendant has not shown by clear
11            and convincing evidence that:
12            she has documented legal status
13            _____
14            _____
15            _____
16

17        IT IS ORDERED that defendant be detained.

18
19 DATED: 7/3/2013
20
21
22
23        _____
          JOHN E. MCDERMOTT
24        UNITED STATES MAGISTRATE JUDGE
25
26
27
28